UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60924-CIV-GAYLES/WHITE

BRANDON SAMUEL PRIEST,
           Plaintiff,

v.

FRAZIER DESTINY, et al.,
           Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge [ECF No. 7], entered on May 2, 2016. Plaintiff Brandon Samuel Priest filed a Complaint on April 26, 2016, alleging various claims under 42 U.S.C. § 1983 against fourteen Defendants, including the Assistant Public Defender representing him in his currently pending Florida state criminal case, the Broward County State Attorney, employees of the Broward County Sheriff's Office and Fort Lauderdale Police Department, and two private individuals [ECF No. 1]. The matter was referred to Judge White, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pretrial, nondispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3].

Judge White's Report recommends that the Court dismiss this action because the Plaintiff fails to state any claims upon which relief may be granted and seeks monetary relief against a defendant who is immune to such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii). Objections to the Report were due by May 19, 2016. To date, no objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that

the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note. The Court has undertaken this review and has found no clear error in the analysis and recommendations stated in the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report [ECF No. 7] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

The Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of May, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE